*W. Butler* and *W. Marvin Smith* for respondent.

No. 234. MANSFIELD ET AL. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Ira W. Burns* for petitioners. *Solicitor General Reed* and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

No. 235. GEORGIA RAILWAY & ELECTRIC Co. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. L. A. Gravelle, Walter T. Colquitt,* and *Adrian C. Humphreys* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 236. MORGAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frank S. Bright* and *H. Stanley Hinrichs* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 237. PHILADELPHIA NATIONAL BANK *v.* RAFF, ADMINISTRATOR. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Homer C. Corry* and *Charles E.*

*Morgan, III,* for petitioner. *Mr. J. S. Y. Ivins* for respondent.

No. 240. HUTTON ET AL. *v.* TORGERSON. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. D. Roger Englar* and *George S. Bringle* for petitioners. *Mr. Arthur L. Ross* for respondent.

No. 241. WRIGHT ET AL. *v.* AYER & LORD BARGE CO. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. Chapman Rivercomb* for petitioners. *Mr. Charles C. Grassham* for respondents.

No. 242. UNITED STATES ON BEHALF OF VARIOUS TRUSTEES AND RECEIVERS OF THE BANKRUPTCY COURT *v.* SQUIRE, SUPERINTENDENT OF BANKS OF OHIO, ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Marc J. Grossman* for petitioners. No appearance for respondents.

No. 243. PUERTO RICO *v.* VELAZQUEZ. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, Benjamin J. Horton,* and *Nathan R. Margold* for petitioner. *Mr. Luis F. Velazquez, pro se.*

No. 244. SENTINEL LIFE INSURANCE CO. *v.* BLACKMER. October 14, 1935. Petition for writ of certiorari